# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **Case No. 19-cr-** 142-01-LM |
| **NATHAN CRAIGUE,** ) | |
| ) | |
| **Defendant.** ) | |

## INDICTMENT

**The Grand Jury charges:**

### COUNT 1
### 18 U.S.C. § 1001
### False Statement to Federal Agent

On or about August 28, 2018, in the District of New Hampshire, the defendant,

**NATHAN CRAIGUE,**

in a matter within the jurisdiction of the executive branch of the Government of the United States, namely, an investigation by the Occupational Safety and Health Administration ("OSHA"), U.S. Department of Labor, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, by stating to an OSHA Compliance Safety & Health Officer that KM, who had died as a result of a workplace accident earlier that day, was a subcontractor and was not an employee of the defendant or his business, when, in truth and in fact, as the defendant then and there knew, KM had been an employee and not a subcontractor.

In violation of Title 18, United States Code, Section 1001(a)(2).

1

## COUNT 2

### 18 U.S.C. § 1001
### False Statement to Federal Agent

On or about October 24, 2018, in the District of New Hampshire, the defendant,

**NATHAN CRAIGUE,**

in a matter within the jurisdiction of the executive branch of the Government of the United States, namely, an investigation by the Occupational Safety and Health Administration ("OSHA"), U.S. Department of Labor, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, by stating to an OSHA Compliance Safety & Health Officer that KM, who had died as a result of a workplace accident, was not an employee of the defendant or his business, specifically, when the Officer asked him whether CE and KM were employees of his company, the defendant stated, "I've always treated them – they would come and go as they please, so I would always treat them as not employees," when, in truth and in fact, as the defendant then and there knew, KM had been an employee and not a subcontractor.

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

Date: July 10, 2019        /s/ Foreperson
                           Foreperson

SCOTT W. MURRAY
United States Attorney


By:    /s/ John S. Davis
       John S. Davis
       Anna Dronzek
       Assistant United States Attorneys