UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:19-cr-142-01-LM |
| ) | |
| NATHAN CRAIGUE ) | |

## MOTION TO SEAL

NOW COMES Scott W. Murray, United States Attorney for the District of New Hampshire, and hereby moves that this entire case, including the Indictment and all supporting or related documents, be sealed at Level I until the defendant is taken into custody. Public disclosure of the Indictment prior to the defendant being taken into custody could increase the risk of the defendant's flight and endanger law enforcement in attempting to effectuate the arrest.

Date:   July 10, 2019                                  Respectfully submitted

                                                       SCOTT W. MURRAY
                                                       United States Attorney


                                                       By: /s/ John S. Davis
                                                       John S. Davis
                                                       Assistant U.S. Attorney
                                                       N.H. Bar # 592
                                                       53 Pleasant Street, 4th Floor
                                                       Concord, NH  03301
                                                       (603) 225-1552
                                                       John.davis8@usdoj.gov

Motion        ☐ Granted        ☐ Denied

_____
United States Magistrate Judge
Date: