UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
JUL 12 2019
FILED

IN RE THE MATTER OF:

Nathan Craigue
(Petitioner's Name)

Case No. 19-cr-142-01-LM
(If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, Nathan Craigue, respectfully request appointment of counsel to represent me as a criminal defendant.

I am financially unable to hire counsel. A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 7-12-19

_____
Signature of Petitioner

---

### RULING BY JUDICIAL OFFICER

☒ Request Approved. Appoint Counsel.
☐ Request Denied.
☐ Other: _____

Date: 7/12/2019

_____
U.S. Magistrate Judge

USDCNH-17 (Rev. 4/2018) (Previous Editions Obsolete)