THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | Cr. No. 1:19-cr-00142-LM |
| ] | |
| NATHAN CRAIGUE ] | |

### STATUS REPORT REGARDING PASSPORT

Nathan Craigue appeared in Court on Friday, July 12, 2019 for arraignment and was released with specific conditions of release.   At the hearing, Craigue advised the Court that his passport was expired and that he did not know where the passport was currently located.   The Court ordered Craigue to surrender his passport to the Court by 4:00pm on July 16, 2019 or otherwise notify the Court if the passport was not located.   Counsel spoke with Craigue today and was advised that he was unable to locate his passport.

Respectfully submitted,

Date: July 15, 2019

/s/ *Dorothy E. Graham*
Dorothy E. Graham
N.H. Bar No. 11292
Assistant Federal Defender
22 Bridge Street
Concord, NH 03301
603.226.7360
Dorothy_graham@fd.org

### CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2019, the above document was served electronically upon all counsel of record through the CM/ECF filing system.

/s/ *Dorothy E. Graham*
Dorothy E. Graham

1