AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
U.S. MARSHAL
CONCORD, NH

2019 JUL 11  AM 10: 07

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| United States of America | ) | |
| v. | ) | Case No.   1:19-CR- *142-01-Lm* |
| | ) | |
| NATHAN CRAIGUE | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

2019 JUL 12  PM 3: 11
U.S. DISTRICT COURT
DISTRICT OF NH
FILED

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      NATHAN CRAIGUE                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint

☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 USC 1001 - False Statement to a Federal Agent

Date:   7/11/2019                                   *Kathy DuPont*
                                                            Issuing officer's signature

City and state:      Concord, New Hampshire          *Kathy DuPont, Deputy Clerk*
                                                            Printed name and title

| Return |
|---|
| This warrant was received on *(date)*   7/11/2019   , and the person was arrested on *(date)*   7/12/19   at *(city and state)*   Concord, NH   . |
| Date:   7/12/19                                          *[signature]*                                                            Arresting officer's signature                    Sean Roberts, Special Agent                    Printed name and title |