```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                        Case No. 19-cr-142-01-LM

Nathan Craigue

ORDER

The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted; Final Pretrial is rescheduled to January 7, 2020 at 10:30 AM; Trial is continued to the two-week period beginning January 22, 2020, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                            By the Court,

                                            _____
                                            Landya B. McCafferty
                                            Chief Judge

Date: August 28, 2019

cc:   U.S. Marshal
       U.S. Probation
       Counsel of Record