UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| V. | ] | Cr. No. 19-cr-142-01-LM |
| | ] | |
| NATHAN CRAIGUE | ] | |

## WAIVER OF RIGHTS TO SPEEDY TRIAL

I, Nathan Craigue, defendant in the above-captioned matter, hereby waive my constitutional and statutory rights to a speedy trial and agree my trial may be rescheduled from the two week period beginning September 17, 2019, for at least 90 days. I agree to this delay for the reasons set forth in the Motion to Continue, electronically filed with the Court on August 26, 2019, by my attorney, AFD Dorothy Graham.

Date: 9-8-19

Respectfully submitted,
Nathan Craigue,

_____
NATHAN CRAIGUE

## CERTIFICATE OF SERVICE

I hereby certify that on 9-17, 2019 a copy of the above Waiver was delivered to the office of AUSA John Davis.

_____
Dorothy E. Graham