```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

United States of America

                                       Case No. 19-cr-142-01-LM

   v.

Nathan Craigue

ORDER

The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted. The Final Pretrial is rescheduled to March 3, 2020 at 4:30 PM; Trial is continued to the two-week period beginning March 17, 2020, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                    By the Court,

                                                    /s/ Landya B. McCafferty
                                                    Landya B. McCafferty
                                                    United States District Judge

Date: January 3, 2020

cc:   U.S. Marshal
       U.S. Probation
       All counsel of Record