UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

2020 JAN 22  AM 11: 04

FILED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | Cr. No. 19-cr-142-01-LM |
| | ] | |
| NATHAN CRAIGUE | ] | |

## WAIVER OF RIGHTS TO SPEEDY TRIAL

I, Nathan Craigue, defendant in the above-captioned matter, hereby waive my constitutional and statutory rights to a speedy trial and agree my trial may be rescheduled from the two week period beginning January 22, 2020, for at least 30 days. I agree to this delay for the reasons set forth in the Motion to Continue, electronically filed with the Court on January 2, 2020, by my attorney, AFD Dorothy Graham.

Respectfully submitted,
Nathan Craigue,

Date: 1-14-20

_____
NATHAN CRAIGUE

## CERTIFICATE OF SERVICE

I hereby certify that on ___1-21-___, 2020 a copy of the above Waiver was provided to the office of AUSA John Davis.

_____
Dorothy E. Graham