UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 19-cr-00142-LM |
| ) | |
| Nathan Craigue ) | |

## APPEARANCE

Please enter my appearance as counsel for the United States of America in the above-entitled case.

Respectfully submitted,

SCOTT W. MURRAY
United States Attorney

By: /s/ Anna Dronzek
Anna Dronzek
Assistant U.S. Attorney
Bar No. CO 43912
53 Pleasant Street, 4th Floor
Concord, NH 03301
(603) 230-2548
anna.dronzek@usdoj.gov

Date: 24th January 2020

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance was forwarded electronically by ECF to Dorothy E. Graham, counsel for the defendant.

/s/ Anna Dronzek
Anna Dronzek, AUSA