UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA          )
                                  )
                v.                )          Cr. No. 19-cr-00142-LM
                                  )
NATHAN CRAIGUE                    )

## APPEARANCE

Please enter my appearance as co-counsel for the defendant, Nathan Craigue, in the

above-entitled case.

Respectfully submitted,

By His Attorney,

Date: January 24, 2020              /s/ *Behzad Mirhashem*
                                   Behzad Mirhashem
                                   N.H. Bar No. 10031
                                   Assistant Federal Public Defender
                                   Federal Public Defender Office
                                   22 Bridge Street, 3rd floor
                                   Concord, NH 03301
                                   Tel. (603) 226-7360
                                   E-mail: Behzad_Mirhashem@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent
electronically to AUSA John Davis and AUSA Anna Dronzek.

/s/ *Behzad Mirhashem*