THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.                ] | Cr. No. 19-cr-142-01-LM |
| ] | |
| ] | |
| NATHAN CRAIGUE | |

**ASSENTED-TO MOTION TO CONTINUE TRIAL TO MAY 19 JURY DRAW**

The defendant, Nathan Craigue, through his counsel, Dorothy E. Graham, AFPD, files this motion respectfully requesting that the Court continue his trial, currently scheduled for March 17, 2020 to the May 19, 2020 jury selection draw.

Grounds follow.

On July 10, 2019, Craigue was indicted for two counts of False Statement to a Federal Agent in violation of 18 U.S.C. § 1000.   It is alleged that Craigue knowingly and willfully made material false statements to an OSHA Compliance Safety & Health Officer by stating that KM was a subcontractor.

Additional time is required to file motions in limine, proposed jury instructions, proposed voir dire questions, and obtain rulings on these pleadings as well as two motions to dismiss.

The government, through AUSA John Davis, assents.

Mr. Craigue is in agreement and waives his right to a speedy trial.   A written waiver will be filed with the Court within ten days.

Wherefore the defendant respectfully moves the Court to grant this motion and to continue the trial until the May 19 jury selection, and for such other relief as may be deemed just.

1

Respectfully submitted,

Date: February 24, 2020

*/s/ Dorothy E. Graham*
Dorothy E. Graham
N.H. Bar No. 11292
Assistant Federal Defender
22 Bridge Street, 3rd floor
Concord, NH 03301
Tel. (603) 226-7360
E-mail: Dorothy_Graham@fd.org

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above document was served on the following person on February 24, 2020 and in the manner specified herein: electronically served through CM/ECF to AUSA John Davis.

*/s/Dorothy E. Graham*
Dorothy E. Graham