**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

       v.                       Case No. <u>19-cr-142-01-LM</u>

<u>Nathan Craigue</u>

<u>ORDER</u>

The assented to motion to reschedule jury trial (document no. 20) filed by defendant is granted; Final Pretrial is rescheduled to May 7, 2020 at 1:30 PM; Trial is continued to the two-week period beginning May 19, 2020, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, <u>18 U.S.C. § 3161(h)(7)(B)(iv)</u>, for the reasons set forth in the motion.

    SO ORDERED.

                                                  By the Court,

                                                  _____
                                                  Landya B. McCafferty
                                                  Chief Judge

Date: February 25, 2020

cc:   U.S. Marshal
       U.S. Probation
       Counsel of Record