UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ] | 2020 MAR -4 P 4: 14 |
| ] | |
| V. ] | Cr. No. 19-cr-142-01-LM |
| ] | |
| NATHAN CRAIGUE ] | |

## WAIVER OF RIGHTS TO SPEEDY TRIAL

I, Nathan Craigue, defendant in the above-captioned matter, hereby waive my constitutional and statutory rights to a speedy trial and agree my trial may be rescheduled from the two week period beginning March 17, 2020 to the May 19, 2020 jury selection draw. I agree to this delay for the reasons set forth in the Motion to Continue, electronically filed with the Court on February 24, 2020, by my attorney, AFD Dorothy Graham.

Date: 3-2-20

Respectfully submitted,
Nathan Craigue,

_____
NATHAN CRAIGUE

## CERTIFICATE OF SERVICE

I hereby certify that on ___3-5___, 2020 a copy of the above Waiver was provided to the office of AUSA John Davis.

_____
Dorothy E. Graham