THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.                                                          ] | Cr. No. 19-cr-142-01-LM |
| ] | |
| ] | |
| NATHAN CRAIGUE | |

**ASSENTED-TO MOTION TO CONTINUE TRIAL TO OCTOBER 2020 JURY DRAW**

The defendant, Nathan Craigue, through his counsel, Dorothy E. Graham, AFPD, files this motion respectfully requesting that the Court continue his trial to the October 2020 jury selection draw.

Grounds follow.

On July 10, 2019, Craigue was indicted for two counts of False Statement to a Federal Agent in violation of 18 U.S.C. § 1000. It is alleged that Craigue knowingly and willfully made material false statements to an OSHA Compliance Safety & Health Officer by stating that KM was a subcontractor.

This case was set for trial in July 2020, but will be continued by standing order due to the COVID-19 pandemic. Counsel for Craigue requests that the Court continue this case and schedule it for the October 2020 jury selection draw. This will hopefully assure sufficient time to prepare the case for trial in the midst of the current pandemic.

The government, through AUSA John Davis, assents.

Mr. Craigue is in agreement and waives his right to a speedy trial.

Wherefore the defendant respectfully moves the Court to grant this motion and to continue the trial until October, 2020, and for such other relief as may be deemed just.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: July 2, 2020 | */s/ Dorothy E. Graham* |
|  | Dorothy E. Graham |
|  | N.H. Bar No. 11292 |
|  | Assistant Federal Defender |
|  | 22 Bridge Street, 3rd floor |
|  | Concord, NH 03301 |
|  | Tel. (603) 226-7360 |
|  | E-mail: Dorothy_Graham@fd.org |

## CERTIFICATE OF SERVICE

I hereby certify that the above document was served on the following person on July 2, 2020 and in the manner specified herein: electronically served through CM/ECF to AUSA John Davis.

*/s/Dorothy E. Graham*
Dorothy E. Graham