UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

Case No. 19-cr-142-01-LM

v.

Nathan Craigue

ORDER

The assented to motion to reschedule jury trial (document no. 28) filed by defendant is granted.  The Final Pretrial is rescheduled to October 6, 2020 at 9:00 AM; Trial is continued to the two-week period beginning October 20, 2020, 9:30 AM.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

By the Court,

_____
Landya B. McCafferty
United States District Judge

Date: July 6, 2020

cc:   U.S. Marshal
      U.S. Probation
      All counsel of Record