UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

FILED - USDC-NH
2020 JUL 15 AM 10:41

| UNITED STATES OF AMERICA | ] | |
|---|---|---|
| | ] | |
| V. | ] | Cr. No. 19-cr-142-01-LM |
| | ] | |
| NATHAN CRAIGUE | ] | |

## WAIVER OF RIGHTS TO SPEEDY TRIAL

I, Nathan Craigue, defendant in the above-captioned matter, hereby waive my constitutional and statutory rights to a speedy trial and agree my trial may be rescheduled from July, 2020 to the October, 2020 jury selection draw. I agree to this delay for the reasons set forth in the Motion to Continue, electronically filed with the Court on July 2, 2020, by my attorney, AFD Dorothy Graham.

Date: 7-13-20

Respectfully submitted,
Nathan Craigue,

_____
NATHAN CRAIGUE

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2020 a copy of the above Waiver was provided to the office of AUSA John Davis.

_____
Dorothy E. Graham