UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 19-cr-142-01-LM |
| | ) | |
| NATHAN CRAIGUE | ) | |
| | ) | |
| | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order, counsel have conferred and represent that the above-referenced case is ready to proceed to trial as scheduled.

1. Charge(s): 18 U.S.C. § 1001- False Statement

2. Number of Defendants Expected to Go to Trial: One

3. Estimated Length of Trial: 3 days

4. Estimated Number of Government Witnesses: 11

5. Estimated Number of Defense Witnesses: 4

6. Estimated Number of Witnesses from Outside New England: Zero

7. Defendant's Custodial Status: Released

8. Outstanding Discovery Issues (See LCrR 16.1(b)-(f)): No

9. Status of Pending Motions and Anticipated Pretrial Motions (See LCrR 12.1):

    Defense:Motions in Limine- to be filed by 10/29/20; Government does not intend to file any.

10. Status of Expert Witness Disclosures (See LCrR 16.1(b)(3)):  No experts

11. Other Issues that May Impact the Trial or the Parties' Ability to Proceed to Trial as Scheduled (prisoner transportation issues/need for interpreters/potential scheduling conflicts, etc.):

Date: October 14, 2020

        Respectfully submitted,

        SCOTT W. MURRAY
        United States Attorney

By:    /s/ *Anna Dronzek*


        NATHAN CRAIGUE

By:    /s/ *Dorothy E. Graham*