# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

   v.                                              Criminal No. 19-cr-142-LM

Nathan Craigue

## FIRST PRETRIAL ORDER

1. <u>Date of Pretrial Conference</u>: October 19, 2020.

2. <u>Counsel Present</u>: Attorneys Anna Dronzek and John Davis for the United States, and Attorneys Dorothy Graham and Behzad Mirhashem for the defendant.

3. <u>Type of Trial</u>: Criminal.

4. <u>Date of Trial</u>: November 10, 2020 (jury selection); November 16, 2020 (start of evidence).

5. <u>Estimated Length of Trial</u>: Three days.

6. <u>Case Summary</u>: On or before **October 29, 2020**, the parties shall submit a joint, brief statement describing the case that the court will read to the jury during jury selection.

7. <u>Deadline for Filing Motions in Limine</u>: All motions in limine shall be filed on or before **October 29, 2020**; responses to said motions shall be filed on or before **November 2, 2020**.

8. <u>Motions</u>: To the extent there exists other disputed legal issues that can be resolved before trial, the court will entertain these matters at a video status conference on **November 4, 2020**, at **10 a.m.** To the extent that the dispute requires detailed legal research, any written memoranda shall be filed on or before **October 29, 2020**.

9. <u>Voir Dire</u>:

| | |
|---|---|
| Online voir dire questionnaire (also referred to as the "supplemental voir dire") shall be finalized by | **October 21, 2020** |
| Questionnaire will be sent to the jurors by | **October 22, 2020** |
| Deadline for jurors to respond | **October 26, 2020 at 5 p.m.** |
| Answers will be provided to counsel | **October 26, 2020 after 5 p.m.** |
| Hearing on joint cause challenges shall occur by | **November 5, 2020** To the extent the parties are willing to proceed via video, please notify the court's case manager so a video hearing can be scheduled. |
| Video conference to decide voir dire questions given to jurors orally on date of jury selection | **November 4, 2020, at 10 a.m.** |

10. <u>Jury Selection</u>:  <u>See</u> Fed. R. Crim. P. 23, 24. Jury selection shall occur on **November 10, 2020**.

    There will be a total of **eight** peremptory challenges for the United States and a total of **twelve** peremptory challenges for the defendant. Twelve jurors and four alternates (resulting in one additional peremptory challenges for each side above those provided by Fed. R. Crim P. 24(c)(4)(A)) will be seated. Alternates will be retained through deliberation.

11. <u>Exhibits and Exhibit Lists</u>: Exhibit lists are due **November 6, 2020**. Exhibits are to be premarked and submitted to the Clerk's Office on a thumb drive not later than **November 6, 2020**, in accordance with the document entitled "Procedure For Marking Exhibits" which is attached hereto and made a part hereof. Any objections to exhibits shall be set forth briefly in writing and filed with the exhibits. <u>Counsel shall notify each other at the time the exhibits are submitted if any custodian will be required for any exhibit</u>.

12. <u>"Will-Call" Witness List</u>: The parties shall exchange and file a list of witnesses they intend to call at trial at the time they pre-mark and submit exhibits. The

parties will be bound by the witnesses disclosed in this list absent extraordinary circumstances.

13. <u>Jury Instructions</u>: Requests for jury instructions should be submitted no later than **October 29, 2020**. Additions and/or amendments thereto will be considered if submitted before the close of trial. Requests shall be submitted in a logical sequence, shall be non-argumentative, and shall set forth an accurate statement of the law as it applies to the case. Counsel need not submit "boilerplate" instructions. The court anticipates providing counsel with a draft charge in sufficient time to meaningfully review the jury instructions and make suggestions prior to the close of trial.

14. <u>Public Access</u>: Public access to the trial will be via video (invite only). There will be no "overflow courtroom" unless there is a problem with the court's video software. The court will issue an order prior to trial addressing the legal issues concerning public access.

15. <u>Reserved Seating in the Courtroom</u>: Each side will have three reserved seats in the public gallery of the courtroom. The general public will have three additional seats that will be assigned on a "first come, first serve" basis.

16. <u>Electronic Evidence</u>: JERS shall be used in this case. The parties are directed to the United States District Court's policy regarding electronic evidence which applies in this case. See <u>Presenting Electronic Evidence to Deliberating Petit Jurors</u> located at http://www.nhd.uscourts.gov/jury-evidence-recording-system-jers. JERS exhibits are due by **November 6, 2020**.

17. <u>Disclosure</u>: The United States has represented that its <u>Brady</u> and <u>Jencks</u> disclosures have been made, and defense counsel are satisfied with those disclosures.

18. <u>Efficient Use of Jury Time</u>: To the extent possible, counsel shall anticipate and notify the court of any evidentiary disputes that can be discussed outside the presence of the jury. The court intends to utilize jury time in the most efficient manner possible. **This is especially true during this pandemic.** The court will give counsel an opportunity to alert the court at each break at the beginning and end of each day of trial. The court will meet with counsel at least one-half hour before the trial is scheduled to begin each day of trial. The court will be flexible about scheduling hearings via video to resolve disputes in advance of the trial.

19. <u>Confirm Date and Time of Jury Selection</u>: In order to utilize the court's resources to the fullest extent and keep counsel informed as to their status on the trial list, counsel are directed to call Courtroom Deputy Donna Esposito at 225-1623 to confirm the date and time of jury selection.

**SO ORDERED.**

_____
Landya McCafferty
United States District Judge

Date: October 21, 2020

cc:   Counsel of Record
      U.S. Probation
      U.S. Marshal