

**Jury Evidence Recording System (JERS)**

**Exhibit Naming Conventions**

**<u>Plaintiff(s)/Government:</u>**  (Exhibit name(s) begin with numerical characters)

General Format:      **&lt;exhibit number&gt; - &lt;exhibit part&gt;_&lt;exhibit description&gt;.&lt;file extension&gt;**

Examples:

- ▪ Documents:     "1_2009 Financial Statement.pdf"     "2_2010 Financial Statement.pdf"
- ▪ Pictures:     "3_Picture of Suspect.jpg"     "3-a_Picture Suspect Close Up.gif"
- ▪ Audio:     "4_Phone Conversation 1.mp3"     "4-a_Phone Conversation 2.wav"
- ▪ Video:     "4-b_Suspect in Store.wmv"     "4-c_Suspect carrying TV.mpg"


**<u>Defendant(s):</u>**  (Exhibit name(s) begin with alpha characters)

General Format:      **&lt;exhibit number&gt; - &lt;exhibit part&gt;_&lt;exhibit description&gt;.&lt;file extension&gt;**

Examples:

- ▪ Documents:     "A_2009 Financial Statement.pdf"     "B_2010 Financial Statement.pdf"
- ▪ Pictures:     "C_Picture of Suspect.jpg"     "C-1_Picture Suspect Close Up.gif"
- ▪ Audio:     "D_Phone Conversation 1.mp3"     "D-1_Phone Conversation 2.wav"
- ▪ Video:     "D-2_Suspect in Store.wmv"     "D-3_Suspect carrying TV.mpg"


**PLEASE NOTE:**

- ▪ **All exhibits shall be described using neutral and non-adversarial terms. The exhibit description field is limited to 200 characters.**

- ▪ **For any exhibit that is marked for identification, <u>do not</u> include "(ID)" in the exhibit number <u>or</u> description of the JERS copy.**

- ▪ **While exhibit stickers are used <u>for paper/physical exhibits</u>, the electronic exhibits provided for use in JERS should <u>not</u> display the exhibit numbering stickers.  The exhibit description given to the electronic version replaces the use of exhibit stickers.**