UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-142--LM |
| | ) | |
| NATHAN CRAIGUE, | ) | |
| | ) | |
| Defendant | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL**

The United States of America, by Scott W. Murray, United States Attorney for the District of New Hampshire, responds as follows to the defendant's Motion to Compel (ECF No. 38, filed Oct. 21, 2020):

1. The defendant has filed a motion to compel the government to use the date of jury selection (November 10, 2020), and not the date evidence begins (November 16), as the trial date in calculating pretrial disclosure deadlines.

2. After the defendant filed his motion, the Court issued a pretrial order (ECF No. 39) scheduling trial-related events, including the deadline to file witness lists, exhibit lists, and exhibits, all of which are now due to be filed November 6, 2020.

3. The government has already provided the defendant with any *Brady/Giglio* evidence now in its possession, and will promptly disclose any additional *Brady/Giglio* evidence it discovers prior to trial.

4. The government will use the jury selection day (November 10) as the governing trial date for purposes of its Jencks and Rule 404(b) disclosures, as the

defendant requests.  Thus, any additional Jencks and Rule 404(b) disclosures will be made by November 3, 2020.

5. There being no disputed disclosure deadlines, the defendant's motion to compel is moot.

6. Accordingly, this Court should dismiss as moot the defendant's motion to compel.

Date:    October 22, 2020                    Respectfully submitted

                                                        SCOTT W. MURRAY
                                                        United States Attorney

                                     By:    /s/ John S. Davis
                                             John S. Davis
                                             Anna Dronzek
                                             Assistant U.S. Attorneys
                                             53 Pleasant Street, 4th Floor
                                             Concord, NH  03301
                                             (603) 225-1552