THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.   ] | Cr. No. 19-cr-142-01-LM |
| ] | |
| ] | |
| NATHAN CRAIGUE | |

## MOTION TO CONTINUE TRIAL DUE TO COVID

The defendant, Nathan Craigue, through his counsel, Dorothy E. Graham, AFPD, files this motion respectfully requesting that the Court continue his trial currently set for November 10, 2020.

Grounds follow.

On the morning of October 30, 2020 Mr. Craigue notified his counsel that his son tested positive for COVID[1]. As a result, his son will be in quarantine until November 9. Mr. Craigue was advised that he will need to quarantine 14 days after November 9. This will result in a quarantine period until November 24. Given Mr. Craigue's status, counsel requests that the Court continue his trial.

Counsel has notified the government, and is awaiting their position.

### Certification

I, Dorothy E. Graham, Assistant Federal Defender, certify that (1) I have consulted with the defendant about the requested continuance; (2) I have explained that by seeking a continuance, he is waiving his constitutional and statutory rights to a speedy trial; and (C) he has

---

[1] Mr. Craigue emailed a snapshot of the test result.

1

personally assented to the continuance and; (D) I will forthwith mail him a copy of the motion to continue.

Wherefore the defendant respectfully moves the Court to grant this motion and to continue the trial, and for such other relief as may be deemed just.

Respectfully submitted,

Date: October 30, 2020

*/s/ Dorothy E. Graham*
Dorothy E. Graham
N.H. Bar No. 11292
Assistant Federal Defender
22 Bridge Street, 3rd floor
Concord, NH 03301
Tel. (603) 226-7360
E-mail: Dorothy_Graham@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that the above document was served on the following person on October 30, 2020 and in the manner specified herein: electronically served through CM/ECF to AUSA John Davis and AUSA Anna Dronzek.

*/s/Dorothy E. Graham*
Dorothy E. Graham

2