

**Jury Evidence Recording System (JERS)**

**Exhibit Naming Conventions**

**Plaintiff(s)/Government:**  (Exhibit name(s) begin with numerical characters)

General Format:    <exhibit number> - <exhibit part>_<exhibit description>.<file extension>

Examples:

- Documents:   "1_2009 Financial Statement.pdf"    "2_2010 Financial Statement.pdf"
- Pictures:    "3_Picture of Suspect.jpg"    "3-a_Picture Suspect Close Up.gif"
- Audio:    "4_Phone Conversation 1.mp3"    "4-a_Phone Conversation 2.wav"
- Video:    "4-b_Suspect in Store.wmv"    "4-c_Suspect carrying TV.mpg"

**Defendant(s):**  (Exhibit name(s) begin with alpha characters)

General Format:    <exhibit number> - <exhibit part>_<exhibit description>.<file extension>

Examples:

- Documents:   "A_2009 Financial Statement.pdf"    "B_2010 Financial Statement.pdf"
- Pictures:    "C_Picture of Suspect.jpg"    "C-1_Picture Suspect Close Up.gif"
- Audio:    "D_Phone Conversation 1.mp3"    "D-1_Phone Conversation 2.wav"
- Video:    "D-2_Suspect in Store.wmv"    "D-3_Suspect carrying TV.mpg"

**PLEASE NOTE:**

- **All exhibits shall be described using neutral and non-adversarial terms. The exhibit description field is limited to 200 characters.**

- **For any exhibit that is marked for identification, do not include "(ID)" in the exhibit number or description of the JERS copy.**

- **While exhibit stickers are used for paper/physical exhibits, the electronic exhibits provided for use in JERS should not display the exhibit numbering stickers.  The exhibit description given to the electronic version replaces the use of exhibit stickers.**