UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA   )  <br>                                                          )  <br>            v.                                     )  <br>                                                          )  <br> NATHAN CRAIGUE                      )  <br> _____ | Docket No.   19-cr-142-LM |

## APPEARANCE AS CO-COUNSEL

      Please enter my appearance as co-counsel for the United States of America in the above-entitled case.

      Respectfully submitted,

      SCOTT W. MURRAY
      United States Attorney

      By: /s/  Aaron G. Gingrande
      Aaron Gingrande
      Assistant U.S. Attorney
      MA Bar No. 688340
      53 Pleasant Street, 4th Floor
      Concord, NH  03301
      (603) 225-1552
      Aaron.gingrande@usdoj.gov

Date:  November 18, 2020