UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v.   ) | Cr. No.  1: 19-cr-142-LM |
| ) | |
| NATHAN CRAIGUE   ) | |

PRAECIPE FOR SUMMONS

The Clerk of said Court will issue a summons, an Indictment against the above-named defendant having been filed in the above-entitled case on the 22nd day of March, 2021.

This 22nd day of March, 2021.

SCOTT W. MURRAY
United States Attorney


By: /s/ John S. Davis
     John S. Davis
     Assistant U.S. Attorney


SUMMONS ISSUED:  _____