AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

FILED - USDC -NH
2021 APR 5 PM4:19

RECEIVED
MAR 23 2021
US MARSHALS SERVICE

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Nathan Craigue | ) | Case No. 19-CR-00142-LM |
| | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: Warren B. Rudman Courthouse and Federal Building<br>55 Pleasant Street<br>Concord, New Hampshire | Courtroom No.: Video Conference |
|---|---|
| | Date and Time: 04/14/2021 11:00 am |

This offense is briefly described as follows:
18 U.S.C. § 1001 - False Statements to a Federal Agent

Date: 03/23/2021

_Issuing officer's signature_

Brier Temple, Deputy Clerk
_Printed name and title_

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: 3-29-21

_Server's signature_

Gregory Moreno
_Printed name and title_