UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Nathan Craigue

Criminal Case No. 19-cr-00142-LM

## WAIVER OF DEFENDANT'S APPEARANCE AT ARRAIGNMENT

I, Nathan Craigue _____, hereby waive my appearance at the arraignment. I further state I have received a copy of the indictment or information and that I am entering a not guilty plea.

Date: 4-2-21

_____
Defendant

Date: 4-2-21

_____
Counsel for Defendant

WAIVER APPROVED.

Date: ____4/2/2021____

_____
☐ United States Magistrate Judge
XX United States District Judge

Copies to:
    U.S. Attorney, Defense Counsel, U.S. Marshal, U.S. Probation

USDCNH-1 (12-02)