THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.                                                 Cr. No. 19-cr-142-01-LM

NATHAN CRAIGUE

## JOINT CASE SUMMARY

Nathan Craigue, the owner of Craigue & Sons Exteriors, was contracted to replace windows and install siding at 280 Pleasant Street in Concord. On August 28, 2018, Kenneth McKenna, a worker at that jobsite, had an accident that was investigated by Officer Scott Kelly from the Occupational Safety and Health Administration (OSHA). This case involves statements made by Mr. Craigue, which the indictment alleges were false, fictitious, and fraudulent, and which the indictment also alleges Mr. Craigue knew were false at the time he made them. The first occurred on the jobsite on August 28, 2018, when Mr. Craigue said that workers, Nicholas Ford and Kenneth McKenna, were subcontractors and not employees of Mr. Craigue or his business. The second occurred on October 24, 2018 during a recorded interview with Officer Kelly when Mr. Craigue was asked if Kenneth McKenna and Christopher Erickson were employees of his company, and Mr. Craigue said, "I've always treated them – they would come and go as they please, so I would always treat them as not employees."

                                                  Respectfully submitted,

Date: April 20, 2021                                  */s/ Dorothy E. Graham*

                                                  Dorothy E. Graham
                                                  N.H. Bar No. 11292
                                                  Assistant Federal Defender
                                                  22 Bridge Street, 3rd floor
                                                  Concord, NH 03301
                                                  Tel. (603) 226-7360
                                                  E-mail: Dorothy_Graham@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that the above document was served on the following person on April 20, 2021 and in the manner specified herein: electronically served through CM/ECF to AUSA John Davis, AUSA Aaron Gingrade and AUSA Anna Dronzek.

                                                  */s/Dorothy E. Graham*

                                                  Dorothy E. Graham