# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-142-01-LM |
| | ) | |
| **NATHAN CRAIGUE,** | ) | |
| | ) | |
| **Defendant** | ) | |

## GOVERNMENT'S OBJECTION TO DEFENDANT'S RENEWED MOTION TO DISMISS

The United States of America, by John J. Farley, Acting United States Attorney for the District of New Hampshire, objects to the Defendant's Renewed Motion to Dismiss (ECF No. 93, filed April 20, 2021) for the same reasons set forth in the government's Objection to Defendant's Motion to Dismiss (ECF No. 18, filed Feb. 6, 2020), and requests that this Court deny Craigue's Renewed Motion to Dismiss.

Date: May 4, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JOHN J. FARLEY
　　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　By:　/s/ John S. Davis
　　　　　　　　　　　　　　　　　John S. Davis
　　　　　　　　　　　　　　　　　Anna Dronzek
　　　　　　　　　　　　　　　　　Aaron Gingrande
　　　　　　　　　　　　　　　　　Assistant U.S. Attorneys
　　　　　　　　　　　　　　　　　53 Pleasant Street, 4th Floor
　　　　　　　　　　　　　　　　　Concord, NH  03301
　　　　　　　　　　　　　　　　　(603) 225-1552