### W-2 #1 (Copy B — Federal)

| Box | Field | Value |
|---|---|---|
| b | Employer identification number (EIN) | 31- [redacted] |
| c | Employer's name, address, and ZIP code | KROGER, 1014 VINE STREET, CINCINNATI OH 45202 |
| e | Employee's first name and initial / Last name | KENNETH DUNCAN MCKENNA |
| f | Employee's address and ZIP code | [redacted] |
| 1 | Wages, tips, other compensation | 3834.50 |
| 2 | Federal income tax withheld | 397.21 |
| 3 | Social security wages | 3834.50 |
| 4 | Social security tax withheld | 237.74 |
| 5 | Medicare wages and tips | 3834.50 |
| 6 | Medicare tax withheld | 55.60 |
| 15 | State | TX |
| 16 | State wages, tips, etc. | 3834.50 |

Form W-2 Wage and Tax Statement 2008 — Department of the Treasury–Internal Revenue Service — OMB # 1545-0008 — Copy B To Be Filed With Employee's FEDERAL Tax Return

### W-2 #2 (Copy 2 — State/City/Local)

| Box | Field | Value |
|---|---|---|
| b | EIN | 31- [redacted] |
| c | Employer | KROGER, 1014 VINE STREET, CINCINNATI OH 45202 |
| e | Employee | KENNETH DUNCAN MCKENNA |
| 1 | Wages, tips, other compensation | 3834.50 |
| 2 | Federal income tax withheld | 397.21 |
| 3 | Social security wages | 3834.50 |
| 4 | Social security tax withheld | 237.74 |
| 5 | Medicare wages and tips | 3834.50 |
| 6 | Medicare tax withheld | 55.60 |
| 15 | State | TX |
| 16 | State wages, tips, etc. | 3834.50 |

Handwritten annotations: "INCOME TAX" and "PIN number"

Form W-2 Wage and Tax Statement 2008 — Copy 2 To Be Filed With Employee's STATE, CITY or LOCAL Income Tax Return

### W-2 #3 (Copy 2 — State/City/Local)

| Box | Field | Value |
|---|---|---|
| b | EIN | 31- [redacted] |
| c | Employer | KROGER, 1014 VINE STREET, CINCINNATI OH 45202 |
| e | Employee | 0311713  SL  T  0622  KENNETH DUNCAN MCKENNA |
| 1 | Wages, tips, other compensation | 3834.50 |
| 2 | Federal income tax withheld | 397.21 |
| 3 | Social security wages | 3834.50 |
| 4 | Social security tax withheld | 237.74 |
| 5 | Medicare wages and tips | 3834.50 |
| 6 | Medicare tax withheld | 55.60 |
| 15 | State | TX |
| 16 | State wages, tips, etc. | 3834.50 |

Form W-2 Wage and Tax Statement 2008 — Copy 2 To Be Filed With Employee's STATE, CITY or LOCAL Income Tax Return

### W-2 #4 (Copy C — Employee's Records)

| Box | Field | Value |
|---|---|---|
| b | EIN | 31- [redacted] |
| c | Employer | KROGER, 1014 VINE STREET, CINCINNATI OH 45202 |
| e | Employee | 0311713  SL  T  0622  KENNETH DUNCAN MCKENNA |
| 1 | Wages, tips, other compensation | 3834.50 |
| 2 | Federal income tax withheld | 397.21 |
| 3 | Social security wages | 3834.50 |
| 4 | Social security tax withheld | 237.74 |
| 5 | Medicare wages and tips | 3834.50 |
| 6 | Medicare tax withheld | 55.60 |
| 15 | State | TX |
| 16 | State wages, tips, etc. | 3834.50 |

Form W-2 Wage and Tax Statement 2008 — Copy C for Employee's Records (See Notice to Employee on back.)



# Federal Carryover Worksheet    2008
► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| kenneth D mckenna | |

**2007 State and Local Income Tax Information** (See Tax Help)

| (a) State or Local ID | (b) Paid With Extension | (c) Estimates Pd After 12/31 | (d) Total Withheld/Pmts | (e) Paid With Return | (f) Total Overpayment | (g) Applied Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Totals** | | | | | | |

| | Other Tax and Income Information | | 2007 | 2008 |
|---|---|---|---|---|
| 1 | Filing status | 1 | | 1  Single |
| 2 | Number of exemptions for blind or over 65 (0 - 4) | 2 | | |
| 3 | Itemized deductions after limitation | 3 | | 0. |
| 4 | Check box if required to itemize deductions | 4 | | |
| 5 | Adjusted gross income | 5 | | 3,835. |
| 6 | Tax liability for Form 2210 or Form 2210-F | 6 | | 0. |
| 7 | Alternative minimum tax | 7 | | |
| 8 | Federal overpayment applied to next year estimated tax | 8 | | |

QuickZoom to the IRA Information Worksheet for IRA information (see Tax Help) ►

| | Excess Contributions | | 2007 | 2008 |
|---|---|---|---|---|
| 9 a | Taxpayer's excess Archer MSA contributions as of 12/31 | 9 a | | |
| b | Spouse's excess Archer MSA contributions as of 12/31 | b | | |
| 10 a | Taxpayer's excess Coverdell ESA contributions as of 12/31 | 10 a | | |
| b | Spouse's excess Coverdell ESA contributions as of 12/31 | b | | |
| 11 a | Taxpayer's excess HSA contributions as of 12/31 | 11 a | | |
| b | Spouse's excess HSA contributions as of 12/31 | b | | |

| | Loss and Expense Carryovers | | 2007 | 2008 |
|---|---|---|---|---|
| 12 a | Short-term capital loss | 12 a | | |
| b | AMT Short-term capital loss | b | | |
| 13 a | Long-term capital loss | 13 a | | |
| b | AMT Long-term capital loss | b | | |
| 14 a | Net operating loss available to carry forward | 14 a | | |
| b | AMT Net operating loss available to carry forward | b | | |
| 15 a | Investment interest expense disallowed | 15 a | | |
| b | AMT Investment interest expense disallowed | b | | |
| 16 | Nonrecaptured net Section 1231 losses from:  a 2008 | 16 a | | |
| | b 2007 | b | | |
| | c 2006 | c | | |
| | d 2005 | d | | |
| | e 2004 | e | | |
| | f 2003 | f | | |

19R48_KM-00005

| | | |
|---|---|---|
| Form **1040EZ** | Department of the Treasury — Internal Revenue Service<br>**Income Tax Return for Single and Joint Filers With No Dependents** (99) **2008** | OMB No. 1545-0074 |

**Label** (See instructions)

Your first name: kenneth  MI: D  Last name: mckenna
Your social security number: [redacted]

If a joint return, spouse's first name  MI  Last name
Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.  Apt no.
[redacted]

City, town or post office. If you have a foreign address, see instructions.  State: NH  ZIP code: [redacted]

▲ You **must** enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** (see instrs) ▶
Check here if you, or your spouse if a joint return, want $3 to go to this fund? ▶ ☐ You  ☐ Spouse

**Income**

1. Wages, salaries, and tips. This should be shown in box 1 of your Form(s) W-2. Attach your Form(s) W-2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1** | 3,835.

**Attach Form(s) W-2 here.** Enclose, but do not attach, any payment.

2. Taxable interest. If the total is over $1,500, you cannot use Form 1040EZ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2**

3. Unemployment compensation and Alaska Permanent Fund dividends (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **3**

4. Add lines 1, 2, and 3. This is your **adjusted gross income** . . . . . . **4** | 3,835.

5. If someone can claim you (or your spouse if a joint return) as a dependent, check the applicable box(es) below and enter the amount from the worksheet.
☐ You  ☐ Spouse
If no one can claim you (or your spouse if a joint return), enter $8,950 if single; $17,900 if married filing jointly. See instructions . . . . . . . . . . . . . . . . . . . . . . . . **5** | 8,950.

6. Subtract line 5 from line 4. If line 5 is larger than line 4, enter -0-. This is your **taxable income** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **6** | 0.

**Payments and tax**

7. Federal income tax withheld from box 2 of your Form(s) W-2 . . . . . . **7** | 397.
8a. Earned income credit (EIC) (see instructions) . . . . . . . . . . . . . . . . . . No. **8a**
8b. Nontaxable combat pay election . . . . . . . . . . . . . . **8b**
9. Recovery rebate credit (see instructions) . . . . . . . . . . . . . . . . . . **9** | 300.
10. Add lines 7, 8a, and 9. These are your **total payments** . . . . . . . . ▶ **10** | 697.
11. Tax. Use the amount on **line 6 above** to find your tax in the tax table in the instruction booklet. Then, enter the tax from the table on this line . . . . . . . . . . . . . . . **11** | 0.

**Refund**
Have it directly deposited! See instructions and fill in 12b, 12c, and 12d or Form 8888.

12a. If line 10 is larger than line 11, subtract line 11 from line 10. This is your **refund**.
If Form 8888 is attached, check here ▶ ☐ . . . . . . . . . . . . . . . ▶ **12a** | 697.
▶ b Routing number: XXXXXXXXX  ▶ c Type: ☐ Checking ☐ Savings
▶ d Account number: XXXXXXXXXXXXXXXX

**Amount you owe**

13. If line 11 is larger than line 10, subtract line 10 from line 11. This is the **amount you owe**. For details on how to pay, see instructions . . . . . . . . . . . . . . . . ▶ **13**

**Third party designee**
Do you want to allow another person to discuss this return with the IRS (see instructions)? . . . . ☐ Yes. Complete the following.  ☒ No
Designee's name ▶   Phone no. ▶   Personal ID no. (PIN) ▶

**Sign here**
Under penalties of perjury, I declare that I have examined this return, and to the best of my knowledge and belief, it is true, correct, and accurately lists all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Your signature  Date  Your occupation: store clerk  Daytime phone no.

Joint return? See instructions. Keep a copy for your records.

Spouse's signature. If a joint return, **both must sign**.  Date  Spouse's occupation

**Paid preparer's use only**
Preparer's signature ▶   Date   Check if self-employed ☐   Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code ▶ Self-Prepared
EIN
Phone no.

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0201   10/31/08   Form **1040EZ** (2008)

(watermark: DO NOT FILE)

19R48_KM-00001

**Recovery Rebate Credit Worksheet**  2008
▶ Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| kenneth D mckenna | ▓▓▓▓▓ |

**Before you begin:**
- See the printed instructions for Form 1040, line 70 to find out if you can take this credit.
- If you received Notice 1378, have it available. The notice shows the amount of your economic stimulus payment, which you will need to fill in line 28 below. If you do not have Notice 1378, you can find the amount of your economic stimulus payment on *www.irs.gov*.

1. Can you, or your spouse if filing a joint return, be claimed as a dependent on another person's return?
   - [X] **No.** Go to line 2.
   - [ ] **Yes.** You cannot take the credit. **Stop** here.
2. Does your tax return include a valid social security number for you and, if filing a joint return, your spouse?
   - [X] **Yes.** Skip lines 3 and 4 and go to line 5.
   - [ ] **No.** Go to line 3.
3. Are you filing a joint return for 2008?
   - [ ] **Yes.** Go to line 4.
   - [ ] **No.** You cannot take the credit. **Stop** here.
4. Were either you or your spouse a member of the U.S. Armed Forces at any time during 2008?
   - [ ] **Yes.** Go to line 5.
   - [ ] **No.** You cannot take the credit. **Stop** here.
5. Enter the amount from Form 1040, line 56 ............................................. 0.
6. Enter the amount from Form 1040, line 52 .............................................
7. Add lines 5 and 6 ............................................................................. 0.
8. Enter $600 ($1,200 if married filing jointly) .............................................. 600.
9. Enter the smaller of line 7 or line 8 ...................................................... 0.
10. Is the amount on line 9 at least $300 ($600 if married filing jointly)?
    - [ ] **Yes.** If you have at least one qualifying child for whom you entered a valid social security number* on Form 1040, line 6c, column (2), and checked the box in column (4), or have at least one qualifying child with a valid social security number* for whom you completed Form 8901, go to line 11. Otherwise, skip lines 11 through 21 and enter the amount from line 9 on line 22.
    - [X] **No.** If line 7 is more than zero, go to line 11. Otherwise, skip line 11 and go to line 12.
11. Is your gross income** more than the amount shown below for your filing status?
    - a. Program calculated gross income ..................... _____
    - b. Adjustment to gross income ............................. _____
    - c. Gross income ................................................. _____
    - Single or married filing separately -- $8,950
    - Married filing jointly -- $17,900
    - Head of household -- $11,500
    - Qualifying widow(er) -- $14,400
    - [ ] **No.** Go to line 12.
    - [ ] **Yes.** Skip lines 12 through 18 and go to line 19.
12. Enter the amount from Form 1040, line 20a ............................................
13. Enter the amount of any nontaxable veterans' disability or death benefits you received in 2008. ............................................
14. Are you filing Form 8812?
    - [ ] **Yes.** Skip line 15. Enter on line 16 the amount from Form 8812, line 4a.
    - [X] **No.** Go to line 15.
15. Are you filing Form 2555 or 2555-EZ to exclude foreign earned income, **or** using one of the optional methods to figure your net earnings from self-employment on Schedule SE, **or** are you a church employee or member of the clergy?
    - [ ] **Yes.** Fill out the Earned Income Worksheet in Pub. 972 and enter on line 16 the amount from line 8 of that worksheet.
    - [X] **No.** Go to line 16.

19R48_KM-00002

kenneth D mckenna                                                                                                    Page 2

16  **Earned income.** If you did not already enter an amount on this line as instructed
    on lines 14 or 15, complete Worksheet B on page 51 in the printed instructions
    and enter the amount from Worksheet B, line 4b. (If you (or your spouse, if filing
    jointly) had nontaxable combat pay, did not file Form 8812, and did not enter
    an amount on Form 1040, line 64b, add your (and your spouse's) nontaxable
    combat pay to the amount on this line.)
    a  Program calculated earned income................    3,835.
    b  Adjustment to earned income......................
    c  Earned income......................................................    3,835.
17  **Qualifying income.** Add lines 12, 13 and 16........................    3,835.
18  Is line 17 at least $3,000?
    ☐  No. Skip lines 19 through 21 and enter the amount from line 9 on line 22.
    ☒  Yes. Go to line 19.
19  Enter $300 ($600 if married filing jointly) ..........................    300.
20  Enter the larger of line 9 or line 19 ................................    300.
21  Multiply $300 by the number of qualifying children for whom you entered a valid
    social security number* on:
    • Form 1040, line 6c, column (2), and checked the box in column (4), or
    • Form 8901, column (b) ..............................................    0.
22  Add lines 20 and 21 ..................................................    300.
23  Enter the amount from Form 1040, line 38 ........................    3,835.
24  Enter $75,000 ($150,000 if married filing jointly) ................    75,000.
25  Is the amount on line 23 more than the amount on line 24?
    ☒  No. Skip line 26. Enter the amount from line 22 on line 27 below.
    ☐  Yes. Subtract line 24 from line 23 ...................................
26  Multiply line 25 by 5% (.05)..........................................
27  Subtract line 26 from line 22. If zero or less, enter 0 (zero)..........    300.
28  Enter the amount, if any, of the economic stimulus payment you received (before
    offset) as shown on Notice 1378 or www.irs.gov. If you received more than one
    payment, enter the total of all payments you received as shown on all Notices
    1378 or on www.irs.gov. If filing a joint return, include your spouse's payment
    as shown on your spouse's Notice 1378 or on www.irs.gov. If you filed a
    joint return for 2007 and received an economic stimulus payment, you and
    your spouse are each treated as having received half of the payment ..........    0.
29  **Recovery rebate credit.** Subtract line 28 from line 27. If zero or less, enter
    -0- (zero). Enter the result here and, if more than zero, on Form 1040, line 70.
    If you entered an amount on line 13 above, enter "VA" on the dotted line to
    the left of Form 1040, line 70. If you (or your spouse, if filing jointly) had
    nontaxable combat pay, did not file Form 8812, and did not enter an amount on
    Form 1040, line 64b, enter "NCP" to the left of Form 1040, line 70. If line 28
    is more than line 27, you do not have to pay back the difference................    300.

\*  A valid social security number is not required for a qualifying child if you filed a joint return AND
   either you or your spouse was a member of the U.S. Armed Forces at any time during 2008.
\*\* Your gross income includes the total of the following amounts: Form 1040, lines 7, 8a, 9a, 10, 11,
   13 (if you were not required to file Schedule D), 15b, 16b, 19, 20b, and 21 (excluding any negative
   amounts); Schedule C, line 7; Schedule C-EZ, line 1; Schedule E, lines 3 and 4; Schedule F, line 11;
   Form 4835, line 7; Schedule K-1 (Form 1065), box 14, codes B and C; Schedule K-1 (Form 1065-B),
   box 9, code K-2; Schedule K-1 (Form 1120S), box 14, code B. But **do not** include on this line any
   amount for which you claimed the foreign earned income exclusion or the housing exclusion on
   Form 2555 or 2555-EZ.

   Your gross income also includes the total of all gains from Schedule D, lines 1, 8, and 13; Schedule
   D-1, lines 1 and 8; Form 4684, line 14, and column (c) of lines 35 and 40; Form 4797, lines 2, 10,
   and 30; Form 6252, lines 24 and 35; Form 6781, lines 1 and 12; Form 8824, lines 14, 23, 35, and 36;
   and Form 2439, line 1a. But subtract from this total any section 1202 exclusion, any section 1045 or
   section 1397B rollover, any exclusion of gain from DC Zone assets or qualified community assets,
   and any section 121 exclusion shown on Schedule D or Form 4797.

# Tax Payments Worksheet    2008
► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| kenneth D mckenna | ▮ |

**Estimated Tax Payments for 2008** (If more than 4 payments for any state or locality, see Tax Help)

| | Federal | | State | | | Local | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Amount | Date | Amount | ID | Date | Amount | ID |
| 1 | 04/15/08 | | 04/15/08 | | | 04/15/08 | | |
| 2 | 06/16/08 | | 06/16/08 | | | 06/16/08 | | |
| 3 | 09/15/08 | | 09/15/08 | | | 09/15/08 | | |
| 4 | 01/15/09 | | 01/15/09 | | | 01/15/09 | | |
| 5 | | | | | | | | |
| Tot Estimated Payments | | | | | | | | |

| Tax Payments Other Than Withholding (If multiple states, see Tax Help) | Federal | State | ID | Local | ID |
|---|---|---|---|---|---|
| 6  Overpayments applied to 2008 | | | | | |
| 7  Credited by estates and trusts | | | | | |
| 8  Totals  Lines 1 through 7 | | | | | |
| 9  2008 extensions | | | | | |

| Taxes Withheld From: | Federal | State | Local |
|---|---|---|---|
| 10  Forms W-2 | 397. | | |
| 11  Forms W-2G | | | |
| 12  Forms 1099-R | | | |
| 13  Forms 1099-MISC and 1099-G | | | |
| 14  Schedules K-1 | | | |
| 15  Forms 1099-INT, DIV and OID | | | |
| 16  Social Security and Railroad Benefits | | | |
| 17  Form 1099-B . . .  St ___ Loc ___ | | | |
| 18 a  Other withholding . . .  St ___ Loc ___ | | | |
|    b  Other withholding . . .  St ___ Loc ___ | | | |
|    c  Other withholding . . .  St ___ Loc ___ | | | |
| 19  Total Withholding  Lines 10 through 18c | 397. | | |
| 20  Total Tax Payments for 2008 | 397. | | |

| Prior Year Taxes Paid In 2008 (If multiple states or localities, see Tax Help) | State | ID | Local | ID |
|---|---|---|---|---|
| 21  Tax paid with 2007 extensions | | | | |
| 22  2007 estimated tax paid after 12/31/07 | | | | |
| 23  Balance due paid with 2007 return | | | | |
| 24  Other (amended returns, installment payments, etc) | | | | |