

Kroger HR Shared Service Center
Payroll Compliance- Employment Verification
P.O. Box 1648, Hutchinson, KS 67504

May 19, 2021

J Arsenault, Investigator
Federal Public Defender
22 Bridge Street, Box 12
Concord, NH 03301

**RE:  Subpoena / Records Requests**
**KENNETH MCKENNA**
          **SSN:**

TO WHOM IT MAY CONCERN:

We have received the request for records of the above-referenced individual.   The records you are requesting are more than seven years old; therefore, we no longer have these documents available.  The information I do have is as followed:

Hire Date: 1/16/2008

Term Date: 4/7/2008

Division: 034-Houston if you should have any questions, please let us know.


Sincerely,
Angela Faucett
Custodian of Records- The Kroger Co.
Phone:  620.728.2197
FAX:   620.560.6801
HRSSCemploymentverification@kroger.com



THE KROGER CO.
Kroger Accounting Services – Hutchinson
Attn: Employment Verification Dept.
PO Box 1648
Hutchinson, KS 67504

5/14/2021

**SUBJECT: Employment Verification**

We are writing in response to the letter about the below associate.

| Field | Value |
|---|---|
| First name | KENNETH |
| Last Name | MCKENNA |
| Social Security Number | ▇▇▇ |
| Address 1 | ▇▇▇ |
| Address 2 | |
| Address.City | ▇▇▇ |
| Address.State | TX |
| Address.Zip Code | ▇▇▇ |

| Field | Value | Field | Value |
|---|---|---|---|
| Employment Status Description | TERMINATED | | |
| Source Job Description | GROCERY-NITE/CLERK | | |
| Full/Part Time Description | PARTTIME | | |
| Annual Salary | 20,800 | | |
| Hourly Rate | 10 | | |
| Average Hours per week | | Facility Description | Kroger |
| Current Hire Date | 1/16/08 | Street Address | 1905 El Mar Ln |
| Termination Date | 4/7/08 | Street Address2 | |
| Termination Reason Description | VQT ANOTHER JOB | Facility.City | Seabrook |
| Description | 034 - Houston Division | Facility.State | TX |
| Facility Number | 00342 | Facility.Zip Code | 775862832 |

This is our standard employment verification letter. The information contained in this verification is true and accurate to the best of our knowledge.

Work activity should be answered by facility in which the employee works(ed). Please feel free to submit such questions to the facility address above.

Thank you,

*Angela Faucett*

Angie Faucett
Kroger Employment Verifications Department
Phone: 620-728-2197
Fax: 620-560-6801
HRSSCEmploymentVerification@kroger.com

# BUSINESS RECORDS AFFIDAVIT
## AND CERTIFICATION OF AUTHENTICITY

**The Kroger Co.**
c/o Corporation Service Co
135 North Pennsylvania Street Suite 1610
Indianapolis, IN 46204

Records of: **Georgia Byrdson** KENNETH MCKENNA
From: **The Kroger Co.**

I, _Angela Faucett_____, certify and affirm under the penalties for perjury that:

    I am custodian of records for the named business, and I am familiar with its record keeping practices.

*Choose one option:*

☐ **Records**

    I have examined the _____ page document attached to this Affidavit. It is an exact copy of **Georgia Byrdson's** records, retrieved from the permanent records of this business.

    The record was made in the routine course of business, at or near the time of the event recorded, and was not prepared in anticipation of litigation.

    The record was made by an employee of this business, who had personal knowledge of the facts recorded.

    The record is of a type routinely used by this business, and it is the regular practice of this business to make such a record.

☒ **No Records**

    A thorough search of our files carried out under my direction and control, revealed no records as described above, on the person named in the attached subpoena/signed written authorization.

    It is understood that this does not mean that records do not exist under another spelling, another name, or under another classification, but that with the information furnished to this office and to the best of my knowledge, no such records exist in our files.

    Comments: _submitted were; EV letter, NOF letter stating our retention policy and a screen shot of our Employee Lookup screen_

5/19/2021            *Angela Faucett*                    Phone No. 620-474-5199
Date                 Authorized Employee of **The Kroger Co.**

**THIS PAGE MUST BE SIGNED AND RETURNED**

Order No.: 21254.029

