UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:19-cr-142-01-LM |
| ) | |
| NATHAN CRAIGUE, ) | |
| ) | |
| Defendant ) | |

### UNITED STATES' PROPOSED WITNESS LIST

The United States of America, by John J. Farley, Acting United States Attorney for the District of New Hampshire, hereby offers the following list of potential witnesses that may be called at the trial of Nathan Craigue scheduled for June 7, 2021:

1. William Brouillet
2. Allen Clark
3. Rob Corlis
4. Chris Erickson
5. Nicholas Ford
6. Justin Hanscom
7. Katherine Joslin
8. Andrew Kelleher
9. Scott Kelly
10. Christos Lianos
11. Philip Martineau
12. Joslyn McKenna
13. Janet Simon

1

14. Robert Wilkins

The government reserves the right to seek leave to amend its witness list as necessary.

                                            Respectfully submitted,

                                            JOHN J. FARLEY
                                            Acting United States Attorney

Dated: May 28, 2021                By:    /s/ John S. Davis
                                            John S. Davis
                                            Anna Dronzek
                                            Aaron Gingrande
                                            Assistant U.S. Attorneys
                                            District of New Hampshire
                                            53 Pleasant Street, 4th Floor
                                            Concord, New Hampshire 03301
                                            603-225-1552