UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-142-01-LM |
| | ) | |
| NATHAN CRAIGUE, | ) | |
| | ) | |
| Defendant | ) | |

### UNITED STATES' AMENDED PROPOSED WITNESS LIST

The United States of America, by John J. Farley, Acting United States Attorney for the District of New Hampshire, hereby offers the following amended list of potential witnesses that may be called at the trial of Nathan Craigue scheduled for June 7, 2021:

1. Randy Blossom
2. William Brouillet
3. Allen Clark
4. Rob Corlis
5. Chris Erickson
6. Nicholas Ford
7. Justin Hanscom
8. Katherine Joslin
9. Andrew Kelleher
10. Scott Kelly
11. Christos Lianos
12. Philip Martineau
13. Joslyn McKenna

1

14. Janet Simon

15. Robert Wilkins

The government reserves the right to seek leave to amend its witness list as necessary.

                                            Respectfully submitted,

                                            JOHN J. FARLEY
                                            Acting United States Attorney

Dated: May 28, 2021          By:    /s/ John S. Davis
                                            John S. Davis
                                            Anna Dronzek
                                            Aaron Gingrande
                                            Assistant U.S. Attorneys
                                            District of New Hampshire
                                            53 Pleasant Street, 4th Floor
                                            Concord, New Hampshire 03301
                                            603-225-1552