THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | Cr. No. 19-cr-142-01-LM |
| ] | |
| NATHAN CRAIGUE ] | |

REVISED DEFENDANT'S WITNESS LIST

Derek Mercier

Joseph Russell

Kevin McKenna

Nick Stoico, Boston, MA

------

Sean Roberts, US Dept. of Labor

William Carroll, Concord

Christian Lovejoy, Concord Police Department

William Brouillet, Concord Police Department

The defense reserves the right to call any of the witnesses on the government's witness list and reserves the right to supplement this list as needed.

Respectfully submitted,

Date: May 28, 2021

*/s/ Dorothy E. Graham*
Respectfully submitted,
Dorothy E. Graham
Assistant Federal Defender
22 Bridge Street
Concord, NH
603.226-7360
E-mail: Dorothy_Graham@fd.org

1

                  */s/ Behzad Mirhashem*
                  Behzad Mirhashem
                  N.H. Bar No. 11292
                  Assistant Federal Defender
                  22 Bridge Street, 3rd floor
                  Concord, NH 03301
                  Tel. (603) 226-7360
                  E-mail: Behzad Mirhashem@fd.org

**CERTIFICATE OF SERVICE**

      I hereby certify that the above document was served on the following person on May 28, 2021 and in the manner specified herein: electronically served through CM/ECF to AUSA John Davis and AUSA Anna Dronzek.

                  */s/Dorothy E. Graham*
                  Dorothy E. Graham