UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:19-cr-142-LM |
| ) | |
| NATHAN CRAIGUE, ) | |
| ) | |
| Defendant ) | |

**GOVERNMENT'S OBJECTION TO DEFENDANT'S PROPOSED EXHIBIT E**

The United States of America, by John J. Farley, Acting United States Attorney for the District of New Hampshire, hereby objects to the Defendant's proposed trial Exhibit E, an Application for Continued Eligibility for Financial, Medical, Child Care, and Food Stamp Benefits, to the Division of Family Assistance, New Hampshire Department of Health & Human Services, on the following grounds:

- Hearsay, if offered for the truth of the matter asserted – Rule 802

- Inadmissible character evidence regarding Kenneth McKenna – Rule 404(a)

- Lack of Authentication (the document appears to have been filled out and signed by Kenneth McKenna's brother Kevin, and is not signed by Kenneth McKenna; nor is it evident whether the document was actually submitted to or filed with DHHS) – Rule 901

- Lack of Relevance, and, even if relevant, the exhibit's probative value is substantially outweighed by the danger of unfair prejudice and misleading the jury – Rules 402, 403

Date: May 31, 2021 Respectfully submitted

JOHN J. FARLEY
Acting United States Attorney

By: /s/ John S. Davis
John S. Davis
Aaron Gingrande
Assistant U.S. Attorneys
53 Pleasant Street, 4th Floor
Concord, NH 03301
(603) 225-1552