**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | )    No. 19-cr-142-LM |
| **v.** | ) |
| | ) |
| **NATHAN CRAIGUE** | ) |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE REGARDING ADMISSION OF W-2**

The United States of America, by John J. Farley, Acting United States Attorney for the District of New Hampshire, responds to Defendant's Motion in Limine regarding Admission of W-2 (ECF #107) by stating that it has no objection to the admission of the W-2 evidence and corresponding records of employment attached to Defendant's Motion.

Dated: May 31, 2021

                                           Respectfully submitted,

                                           JOHN J. FARLEY
                                           Acting United States Attorney

                          By:    /s/ Aaron Gingrande
                                           Aaron G. Gingrande
                                           John S. Davis
                                           Anna Dronzek
                                           Assistant United States Attorneys
                                           53 Pleasant Street, 4th Floor
                                           Concord, New Hampshire 03301
                                           (603) 225-1552