THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v. Cr. No. 19-cr-142-01-LM

NATHAN CRAIGUE

JOINT CASE SUMMARY

Nathan Craigue, the owner of Craigue & Sons Home Exteriors LLC, was contracted to replace windows and install siding at 280 Pleasant Street in Concord, New Hampshire. On August 28, 2018, Kenneth McKenna, a worker at that jobsite, had an accident there, which was investigated by Officer Scott Kelly from the Occupational Safety and Health Administration (OSHA). This case involves an alleged statement made by Mr. Craigue, which the indictment alleges was false, fictitious, and fraudulent, and which the indictment also alleges Mr. Craigue knew was false at the time he made it. The alleged false statement occurred on the jobsite on August 28, 2018, when Mr. Craigue allegedly told Officer Kelly that workers Nicholas Ford and Kenneth McKenna were subcontractors and not employees of Mr. Craigue or his business.

Respectfully submitted,

Date: June 1, 2021

*/s/ Dorothy E. Graham*

Dorothy E. Graham
N.H. Bar No. 11292
Assistant Federal Defender
22 Bridge Street, 3rd floor
Concord, NH 03301
Tel. (603) 226-7360
E-mail: Dorothy_Graham@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that the above document was served on the following person on June 1, 2021 and in the manner specified herein: electronically served through CM/ECF to AUSA John Davis, AUSA Aaron Gingrande and AUSA Anna Dronzek.

*/s/Dorothy E. Graham*

Dorothy E. Graham