# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                                                 Criminal No. 19-cr-142-LM-1

<u>Nathan Craigue</u>

## O R D E R

In support of this order, the court adopts and incorporates the findings made in Standing Order ADM-1, Order 20-25: Court Operations Under the Exigent Circumstances Created by COVID-19.

The court, having determined that a jury should be selected in this case, and having implemented a number of mitigation strategies to protect jurors during trial, finds that providing lunch is a reasonable precaution that will serve to minimize the jurors' exposure to the novel coronavirus by limiting the risk to jurors who would otherwise leave the courthouse to purchase lunch from a restaurant or bring a lunch that required use of the courthouse refrigerator or microwave.

It is hereby ordered that the jurors and alternates selected in this case are to be held in partial sequestration pursuant to 28 U.S.C. § 1871(e).   Such jurors are to be kept together and not to separate to the extent possible.

It is further ordered that the Clerk's Office is directed to procure individually wrapped meals for the semi-sequestered jurors and to charge the costs of the juror meals and any delivery fee to the juror fee appropriation.

SO ORDERED.

                                                                           _____
                                                                           Landya B. McCafferty
                                                                           United States District Judge

June 2, 2021
cc: Counsel of Record.