UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-142-01-LM |
| | ) | |
| NATHAN CRAIGUE, | ) | |
| | ) | |
| Defendant | ) | |

**UNITED STATES' SECOND AMENDED PROPOSED WITNESS LIST**

The United States of America, by John J. Farley, Acting United States Attorney for the District of New Hampshire, hereby offers the following second amended list of potential witnesses that may be called at the trial of Nathan Craigue scheduled for June 7, 2021:

1. Randy Blossom
2. William Brouillet
3. Allen Clark
4. Rob Corlis
5. Chris Erickson
6. Nicholas Ford
7. Justin Hanscom
8. Katherine Joslin
9. Andrew Kelleher
10. Scott Kelly
11. Christos Lianos
12. Philip Martineau
13. Joslyn McKenna

1

14. Sean Roberts

15. Janet Simon

16. Robert Wilkins

The government reserves the right to seek leave to amend its witness list as necessary.

                                      Respectfully submitted,

                                      JOHN J. FARLEY
                                      Acting United States Attorney

Dated:  June 2, 2021                By:    /s/ John S. Davis
                                                  John S. Davis
                                                  Anna Dronzek
                                                  Aaron Gingrande
                                                  Assistant U.S. Attorneys
                                                  District of New Hampshire
                                                  53 Pleasant Street, 4th Floor
                                                  Concord, New Hampshire 03301
                                                  603-225-1552