UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:19-cr-142-01-LM |
| ) | |
| NATHAN CRAIGUE, ) | |
| ) | |
| Defendant ) | |

**UNITED STATES' THIRD AMENDED PROPOSED WITNESS LIST**

The United States of America, by John J. Farley, Acting United States Attorney for the District of New Hampshire, hereby offers the following third amended list of potential witnesses that may be called at the trial of Nathan Craigue scheduled for June 7, 2021:

1. Randy Blossom
2. Kelly Bouree
3. William Brouillet
4. Allen Clark
5. Rob Corlis
6. Chris Erickson
7. Nicholas Ford
8. Justin Hanscom
9. Katherine Joslin
10. Andrew Kelleher
11. Scott Kelly
12. Christos Lianos
13. Philip Martineau

1

14. Joslyn McKenna

15. Lisa Meyers

16. Sean Roberts

17. Janet Simon

18. Robert Wilkins

The government reserves the right to seek leave to amend its witness list as necessary.

                                                Respectfully submitted,

                                                JOHN J. FARLEY
                                                Acting United States Attorney

Dated: June 4, 2021            By:    /s/ John S. Davis
                                                John S. Davis
                                                Anna Dronzek
                                                Aaron Gingrande
                                                Assistant U.S. Attorneys
                                                District of New Hampshire
                                                53 Pleasant Street, 4th Floor
                                                Concord, New Hampshire 03301
                                                603-225-1552