# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 19-cr-142-01-LM |
| ) | |
| NATHAN CRAIGUE ) | |
| ) | |
| ) | |

## GOVERNMENT'S PROPOSED JURY INSTRUCTION

The United States of America, by John J. Farley, Acting United States Attorney, and pursuant to Rule 30 of the Federal Rules of Criminal Procedure, respectfully requests that the attached Proposed Instruction be included in the charge to the jury at the conclusion of closing arguments.

The United States further asks for leave to file additional requests for jury instructions, or to modify the attached proposed instructions, as may become appropriate and necessary in light of any requests for instructions filed by the defendant or other developments at trial.

Dated:  June 7, 2021                                    JOHN J. FARLEY
                                                        Acting United States Attorney

                                      By:    /s/John S. Davis

                                             John S. Davis
                                             Aaron Gingrande
                                             Assistant United States Attorneys
                                             53 Pleasant Street, 4th Floor
                                             Concord, N.H.  03301
                                             (603) 225-1552

## GOVERNMENT'S PROPOSED JURY INSTRUCTION

### OCCUPATIONAL SAFETY AND HEALTH ACT

In 1970 Congress passed a law called the Occupational Safety and Health Act, 29 U.S.C. § 651 *et seq*. The Occupational Safety and Health Act authorized the Secretary of the United States Department of Labor to promulgate regulations that establish workplace safety and health standards, and to enforce these regulatory standards. These standards are enforced by the U.S. Department of Labor's Occupational Safety and Health Administration (OSHA).

The Occupational Safety and Health Act provides that, in order to carry out the purposes of this law, the Secretary of the United States Department of Labor is authorized to enter without delay and at reasonable times any factory, plant, establishment, construction site, or other area, workplace or environment where work is performed by an employee of an employer; and to inspect and investigate any such place of employment and all pertinent conditions, structures, machines, apparatus, devices, equipment, and materials therein, and to question privately any such employer, owner, operator, agent or employee. Such inspections and investigations must be conducted during regular working hours and at other reasonable times, and within reasonable limits and in a reasonable manner.

29 U.S.C. §§ 652, 655, 657