# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:19-cr-142--LM |
| ) | |
| NATHAN CRAIGUE, ) | |
| ) | |
| Defendant ) | |

## GOVERNMENT'S ASSENTED-TO MOTION TO DISMISS

The United States of America, by John J. Farley, Acting United States Attorney for the District of New Hampshire, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss with prejudice the Superseding Indictment and the original Indictment in this case.

The defendant, through counsel, consents to this Motion.


Date:   June 11, 2021                Respectfully submitted

                                     JOHN J. FARLEY
                                     Acting United States Attorney


                            By:   /s/ John S. Davis
                                  John S. Davis
                                  Aaron Gingrande
                                  Assistant U.S. Attorneys
                                  53 Pleasant Street, 4th Floor
                                  Concord, NH  03301
                                  (603) 225-1552