ATTACHMENT 1

# THE UNITED STATES ATTORNEY'S OFFICE
# DISTRICT of NEW HAMPSHIRE

[U.S. Attorneys](#) » [District of New Hampshire](#) » [News](#)

**Department of Justice**

U.S. Attorney's Office

District of New Hampshire

FOR IMMEDIATE RELEASE                                Friday, July 12, 2019

## Concord Man Indicted for Making False Statements to a Federal Officer in Connection with OSHA Investigation

**CONCORD -** Nathan Craigue, 43, of Concord, was indicted by a federal grand jury for making false statements to a federal officer in connection with an investigation of the death of an employee, United States Attorney Scott W. Murray announced today.

According to the indictment, on or about August 28, 2018, Craigue made materially false statements to an Occupational Safety and Health Administration (OSHA) Compliance Safety & Health Officer when he said that an individual who had died as a result of a workplace accident earlier that day was a subcontractor. The indictment alleges that the victim actually was an employee and not a subcontractor.

A second count of the indictment charges Craigue with making a similar false statement to the OSHA officer on October 24, 2018.

Craigue was arraigned in federal court today and his trial has been scheduled for September 17, 2019.

This matter was investigated by the Department of Labor's Office of Inspector General and OSHA. The case is being prosecuted by Assistant U.S. Attorneys John S. Davis and Anna Dronzek.

The charges and allegations contained in an indictment are merely accusations. A defendant is presumed innocent until and unless proven guilty.

###

**Component(s):**
[USAO - New Hampshire](#)

**Press Release Number:**
19-118

Updated July 12, 2019