UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>NATHAN CRAIGUE ) | No. 19-cr-142-LM |

### UNITED STATES' ASSENTED-TO MOTION FOR CONTINUANCE OF DEADLINE TO RESPOND TO MOTION OF IMRAN ALRAI TO INTERVENE FOR THE LIMITED PURPOSE OF UNSEALING COURT RECORDS

The United States of America hereby moves for a continuance of the deadline to file its response to the Motion of Imran Alrai to Intervene for the Limited Purpose of Unsealing Court Records (ECF #149) (the "Motion") in the above-captioned matter. The United States has prepared a response to the Motion. The United States nonetheless seeks a continuance to file its response because responding to the Motion requires referencing the content of a sealed document in the *Craigue* case at issue in the Motion for which proposed redactions are before the Court, but have not yet been approved by the Court. The United States thereby requests a continuance to file its Response to the Motion until three days after the Court approves or otherwise rules upon the proposed redactions.

Defendant Nathan Craigue and Imran Alrai, through counsel, have no objection to the government's motion.

A supporting memorandum of law has not been filed because it is unnecessary in light of the nature of the relief requested.

Dated: October 5, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JOHN J. FARLEY
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　By:　　　 /s/ Aaron Gingrande
　　　　　　　　　　　　　　　　　　　　Aaron G. Gingrande
　　　　　　　　　　　　　　　　　　　　John S. Davis
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorneys
　　　　　　　　　　　　　　　　　　　　53 Pleasant Street, 4th Floor
　　　　　　　　　　　　　　　　　　　　Concord, New Hampshire 03301