UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 19-cr-142-LM |
| v. | ) |
| | ) |
| NATHAN CRAIGUE | ) |

**UNITED STATES' RESPONSE TO MOTION OF IMRAN ALRAI TO INTERVENE FOR THE LIMITED PURPOSE OF UNSEALING COURT DOCUMENTS**

The United States responds to Imran Alrai's Motion to Intervene (ECF #149) (the "Motion") as follows:

Alrai's Motion seeks to unseal various filings and transcripts that the Court has ordered sealed in the case *United States* v. *Craigue*. Contrary to his assertion, Alrai does not have a "special interest" in unsealing these documents, since the Court has already fashioned the appropriate remedy to allow Alrai to litigate his own case. Furthermore, the Court has already properly balanced the interests of the public, the parties, and third parties in this case in issuing its Orders redacting certain documents and sealing others.

Accordingly, Alrai's motion should be denied. In the alternative, if the Court orders the unsealing of documents currently under seal, the government requests that such documents be redacted in ways consistent with its supplemental sealed filing.

Dated: October 9, 2021　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　JOHN J. FARLEY
　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　By:　　　　 /s/ Aaron Gingrande
　　　　　　　　　　　　　　　　　　　　　　　Aaron G. Gingrande
　　　　　　　　　　　　　　　　　　　　　　　John S. Davis
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorneys
　　　　　　　　　　　　　　　　　　　　　　　53 Pleasant Street, 4th Floor
　　　　　　　　　　　　　　　　　　　　　　　Concord, New Hampshire 03301