UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 19-cr-142-LM |
| v. ) | |
| ) | |
| NATHAN CRAIGUE ) | |

### UNITED STATES' PARTIALLY ASSENTED-TO MOTION FOR CONTINUANCE OF DEADLINE TO FILE PROPOSED REDACTIONS

The United States of America hereby moves for a one-week continuance of the deadline to file its proposed redactions to the documents the Court ordered to be redacted in its Order of November 23, 2021 (ECF #160) ("the Order"). The government has drafted proposed redactions and submitted them to counsel for the parties, and has received feedback. In light of recent conversations with counsel, the government intends to make further changes to its proposed redactions, and further confer with counsel about the redactions in hopes of filing an agreed-upon set of redactions. In order to afford time for the parties to review the redactions and further confer, the government requests a week-long continuance of the deadline to submit its motion with proposed redactions, until December 30, 2021.

Defendant Nathan Craigue and John Doe, through counsel, assent to the government's motion. The government requested assent from counsel for Imran Alrai, but has not received a response.

A supporting memorandum of law has not been filed because it is unnecessary in light of the nature of the relief requested.

1

Dated: December 23, 2021								Respectfully submitted,

										JOHN J. FARLEY
										Acting United States Attorney

							By:		 /s/ Aaron Gingrande
										Aaron G. Gingrande
										John S. Davis
										Assistant U.S. Attorneys
										53 Pleasant Street, 4th Floor
										Concord, New Hampshire 03301