UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1: 19-cr-00142-LM |
| ) | |
| NATHAN CRAIGUE ) | |

**UNITED STATES' PARTIALLY ASSENTED-TO MOTION TO
ADOPT PROPOSED REDACTIONS TO COURT FILINGS AND TRANSCRIPTS**

    The United States of America, by its undersigned attorneys, hereby submits separately, under seal, its proposed redactions to the court filings and transcripts in the above-captioned matter, which the Court has ordered to be submitted pursuant to its Order of November 23, 2021 (ECF #160), and moves the Court to adopt the proposed redactions.

    John Doe, through counsel, assents to this motion.  Counsel for Nathan Craigue and Imran Alrai object to this motion.

    The government attempted to obtain the assent of the defendant and the intervenor to this motion.  The defendant, through his counsel, submitted certain objections to the government's initial set of proposed redactions, and asked the government to revise the redactions accordingly based on defendant's examples.  In response, the government circulated a revised set of redactions (the sealed redactions accompanying this motion), in which the government adopted defendant's proposed specific revisions, and made further revisions in line with defendant's examples, as well as suggestions from John Doe's counsel.  Upon reviewing the revised redactions, defendant's counsel has indicated that they still object to "many" of the remaining redactions.  The government requested a full list of defendant's objections in hopes of revising the redactions and obtaining defendant's assent to this motion, but defendant has instead

indicated that the government should note that defendant objects to many of the proposed redactions and that defendant will file a separate responsive pleading.

Counsel for the intervenor, Mr. Alrai, likewise does not agree with the government's proposed redactions and will file a separate motion regarding the redactions.

A supporting memorandum of law has not been submitted because it is unnecessary in light of the nature of the relief requested.

Dated: December 30, 2021                                  Respectfully submitted,

                                                   JOHN J. FARLEY
                                                   Acting United States Attorney

                                       By: /s/ John S. Davis
                                                     John S. Davis
                                                     Aaron G. Gingrande
                                                     Assistant United States Attorneys
                                                     53 Pleasant Street, 4th Floor
                                                     Concord, New Hampshire 03301
                                                     (603) 225-1552