UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1: 19-cr-00142-LM |
| | ) | |
| NATHAN CRAIGUE | ) | |

**MOTION TO SEAL AT LEVEL I: ATTACHMENTS TO UNITED STATES'
PARTIALLY ASSENTED-TO PROPOSED REDACTIONS
TO COURT FILINGS AND TRANSCRIPTS**

In the above captioned case, the United States of America respectfully moves to seal at Level I, indefinitely, the attachments to the United States' Partially Assented-To Motion to Adopt Proposed Redactions to Court Filings and Transcripts, filed herewith.

Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83.12(a)(1), the Court has authority to grant this motion. Moreover, in its Order dated November 23, 2021 (ECF No. 160), this Court directed that proposed redactions be filed under seal.   This motion effectuates that Order.

Respectfully submitted,

JOHN J. FARLEY
Acting United States Attorney

Dated:  December 30, 2021           By: /s/ John S. Davis
                                        John S. Davis
                                        Aaron G. Gingrande
                                        Assistant U.S. Attorneys
                                        District of New Hampshire
                                        53 Pleasant Street, 4th Floor
                                        Concord, New Hampshire 03301
                                        603-225-1552

Motion:        ☐ Granted        ☐ Denied

_____
Landya B. McCafferty
Chief United States District Court Judge
United States District Court
District of New Hampshire
Date: December 30, 2021