UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1: 19-cr-00142-LM |
| | ) | |
| NATHAN CRAIGUE | ) | |

**MOTION TO SEAL AT LEVEL I: ATTACHMENT TO DEFENDANT'S OBJECTION TO UNITED STATES' PROPOSED REDACTIONS TO COURT FILINGS AND TRANSCRIPTS**

In the above captioned case, the defendant respectfully moves to seal at Level I, indefinitely, the attachments to the Defendant's Objection to the United States' Partially Assented-To Motion to Adopt Proposed Redactions to Court Filings and Transcripts, filed on December 30, 2021.

Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83.12(a)(1), the Court has authority to grant this motion. Moreover, in its Order dated November 23, 2021 (ECF No. 160), this Court directed that proposed redactions be filed under seal. This motion effectuates that Order.

Respectfully submitted,

Date: January 5, 2022

/s/ *Dorothy E. Graham*
Dorothy E. Graham
N.H. Bar No. 11292
Assistant Federal Defender
22 Bridge Street
Concord, NH 03301
603.226.7360
Dorothy_graham@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2022, the above document was served upon all counsel of record through email.

/s/ *Dorothy E. Graham*
Dorothy E. Graham