UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:19-cr-142-LM |
| v. | ) | |
| | ) | |
| NATHAN CRAIGUE | ) | |

INTERVENOR'S NOTICE OF OBJECTION TO GOVERNMENT'S PROPOSED REDACTIONS TO COURT FILINGS AND TRANSCRIPTS

Intervenor, Imran Alrai respectfully notifies this Court of his objection to the United State's Partially Assented to Motion to Adopt Proposed Redactions to Court Filings and Transcripts filed on December 30, 2021. Doc. 163. Mr. Alrai concurs with the pleading filed by Mr. Craigue objecting to the Government's proposed redactions. Doc. 164.

Respectfully submitted,

Imran Alrai

By his attorneys,
Wadleigh, Starr & Peters, PLLC

Dated: January 6, 2022

By: /s/ Donna J. Brown
Donna J. Brown, Bar No. 387
Michael G. Eaton, Bar No. 271586
Wadleigh, Starr & Peters, PLLC
95 Market Street
Manchester, NH  03101
(603) 669-4140

CERTIFICATE OF SERVICE

I, Donna J. Brown, hereby attest that a true copy of the foregoing has been delivered to all counsel of record through the Court's e-filing system.

/s/ Donna J. Brown
Donna J. Brown Esq.

1