UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

   v.                                               Civil No. 19-cr-142-LM

Nathan Craigue

**O R D E R**

In compliance with this court's order of November 23, 2021 (doc. no. 160), the government filed proposed redactions of each transcript requested by intervenor Imran Alrai, in addition to the transcript of this court's sealed November 15, 2021, hearing about Alrai's motion to intervene. Doc. no. 163. John Doe assents to the proposed redactions. Alrai and Nathan Craigue object to a limited number of proposed redactions as overbroad (doc. nos. 164, 167). The court has reviewed the proposed redactions. The court agrees with Alrai and Craigue's objections except the first (on page 5 of doc. no. 142) and fourth (on page 17 of doc. no. 142). Accordingly, the government's motion to adopt the proposed redactions (doc. no. 163) is granted in part and denied in part.

The government shall apply its proposed redactions, with the modifications noted above, to each document. The government shall verify that the transcripts were applied as intended in each document and confer with counsel for Doe, Craigue, and Alrai to confirm the same. Then, on or before **January 21, 2022**, the government shall file each finalized document as attachments to a Notice. That Notice shall be an index that identifies each redacted document, the pertinent

proceeding or motion, and all existing docket entries, sealed or not, to which that redacted document corresponds. For example: "Attachment 1 - June 7 Status Conference Transcript - Doc. no. 152." This Notice and its attachments shall not be filed under seal. The court expects that all redacted documents be thoroughly checked for completeness and accuracy before they are filed as they will not be sealed.

Finally, the court's order of November 23, 2021 (doc. no. 160), shall be unsealed and the stay on executing the directives to the clerk's office contained in that order is lifted. The government's motion (doc. no. 158) to seal its unredacted response to the motion to intervene is granted. The government's motion to seal the attachments to its motion to adopt the proposed redactions is granted (doc. no. 165). Craigue's motion to seal the attachment to his objection is granted (doc. no. 166). This matter is resolved; further filings as to the issues of redactions and/or unsealing documents beyond that directed above should be for extraordinary reasons only.

SO ORDERED.

_____
Landya McCafferty
United States District Judge

January 14, 2022

cc:    Counsel of Record