UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**UNITED STATES OF AMERICA**

v.

                                 **Docket No: 1:19-cr-00142-LM-1**

**NATHAN CRAIGUE**

## ASSENTED TO MOTION TO JOIN

NOW COMES counsel for the accused, Imran Alrai, and respectfully requests that this Honorable Court allow counsel to file an appearance in this case as replacement counsel for Attorney Donna Brown.  Counsel has attached an appearance to this pleading.

**NOTE ON CONFERRAL**: The Government, per Assistant United States Attorney John Davis, assents to this motion, as does counsel for the accused and the relevant witness. Additionally the judge in Alrai has granted counsel leave to file into this case.

Respectfully submitted January 14, 2022 by counsel for the Defendant, Steven Balch,

                                      /s/ Anthony Sculimbrene
                                    Anthony Sculimbrene, Bar#: 16491
                                    tony@nhlaws.com
                                    Gill & Sculimbrene, PLLC
                                    142 Main St.; Suite 216
                                    1 (855) 645-2971

## CERTIFICATE OF SERVICE

Above-signed counsel certifies that this pleading has been forwarded to all case parties via ECF on the above date.

## LR 7.1(a) MEMORANDUM STATEMENT

A memorandum of law is unnecessary as this motion is an assented-to motion.

## LR 7.1(c) STATE OF CONCURRENCE

I certify that I have made a good faith effort to secure the concurrence of opposing counsel.  Opposing counsel **does concur**.