AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:19-CR-00142-LM |
| Nathan Craigue ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nathan Craigue

Date:   01/12/2022

_____ 16491
*Attorney's signature*

Anthony Sculimbrene
*Printed name and bar number*
Gill & Sculimbrene, PLLC
142 Main Street, Ste. 216
Nashua, NH 03060

*Address*

tony@nhlaws.com
*E-mail address*

(855) 645-2971
*Telephone number*

(978) 616-7972
*FAX number*