UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:19-cr-142-LM |
| v. | ) | |
| | ) | |
| NATHAN CRAIGUE | ) | |

MOTION TO WITHDRAW AS COUNSEL FOR INTERVENOR

Counsel for the intervenor, Wadleigh, Starr & Peters respectfully seeks leave to withdraw as counsel from the above captioned matter.

In support, the following is offered:

Undersigned counsel filed a Motion to Intervene on the behalf of Mr. Alrai on September 21, 2021, as counsel was currently representing Mr. Alrai in his criminal case (18-cr-192-JL).

Counsel has since filed to withdraw as counsel in Mr. Alrai's criminal matter and that motion was granted by this court following a hearing on November 19, 2021.

Mr. Alrai has since obtained new counsel, Anthony Sculimbrene. On January 14, 2022, Attorney Sculimbrene filed a Motion to Join and Appearance on behalf of Mr. Alrai in this matter. Doc. 169.

As Mr. Alrai has retained new counsel undersigned counsel seeks to withdraw as counsel in this matter.

The government, by and through AUSA John Davis assents to this motion to withdraw.

Respectfully submitted,

Imran Alrai

By his attorneys,

2

                                Wadleigh, Starr & Peters, PLLC

Dated: January 20, 2022                  By: */s/ Donna J. Brown*
                                                   Donna J. Brown, Bar No. 387
                                                   Michael G. Eaton, Bar No. 271586
                                                   Wadleigh, Starr & Peters, PLLC
                                                   95 Market Street
                                                   Manchester, NH  03101
                                                   (603) 669-4140

                               <u>CERTIFICATE OF SERVICE</u>

I, Donna J. Brown, hereby attest that a true copy of the foregoing has been delivered to all counsel of record through the Court's e-filing system.

                                                               <u>*/s/* Donna J. Brown</u>
                                                               Donna J. Brown Esq.