UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 1: 19-cr-00142-LM |
| | ) | |
| NATHAN CRAIGUE | ) | |

**GOVERNMENT'S NOTICE OF FILING REDACTED
COURT FILINGS AND TRANSCRIPTS PURSUANT TO
<u>COURT ORDER ENTERED JANUARY 14, 2022</u>**

Please take notice that, the United States of America, by John J. Farley, United States Attorney for the District of New Hampshire, and Assistant United States Attorneys John S. Davis and Aaron G. Gingrande, provide the following redacted court filings and transcripts, filed herewith:

| Exhibit | Document | Docket Number |
|---|---|---|
| 1 | 2021.06.07 Status Conference Transcript (afternoon) | 152 |
| 2 | 2021.06.08 Trial Transcript (Day 2 afternoon) | 151 |
| 3 | 2021.06.09 Trial Transcript (Day 3 morning) | 145 |
| 4 | 2021.06.10 Chambers Conference Transcript | 142 |
| 5 | 2021.06.10 Chambers Conference Transcript | 150 |
| 6 | 2021.06.10 Detective Carroll Interview Memo | 134-1 |
| 7 | 2021.06.10 Status Conference Transcript | 136 and 137 |
| 8 | 2021.06.10 Trial Transcript (Day 4 afternoon) | 139 |
| 9 | 2021.06.10 Trial Transcript (Day 4 morning) | 138, 148 and 153 |
| 10 | 2021.06.11 Trial Transcript (Day 5) | 140, 141 and 154 |
| 11 | 2021.06.15 Def's Motion for Protective Order and Exhibits 1 and 2 | 134 |
| 12 | 2021.06.15 Govt's Motion for Protective Order | 132 |
| 13 | 2021.08.20 Assented-to Motion to Further Redact Transcripts | 146 |
| 14 | 2021.10.09 Partially Assented-To Motion to Seal Supplemental Response to Motion to Intervene | 158 |

| 15 | 2021.10.09 Sealed Supplemental Response to Motion to Intervene | 157, Attachments 1 through 5 |
| --- | --- | --- |
| 16 | 2021.11.15 Hearing Transcript | 161 |

                              Respectfully submitted,

                              JOHN J. FARLEY
                              United States Attorney

Dated: January 21, 2021          By: /s/ John S. Davis
                              John S. Davis
                              Aaron G. Gingrande
                              Assistant U.S. Attorneys
                              District of New Hampshire
                              53 Pleasant Street, 4th Floor
                              Concord, New Hampshire 03301
                              603-225-1552