**\*\*NO COPY OF THIS TRANSCRIPT MAY BE MADE PRIOR TO 10-6-2021**

```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE


* * * * * * * * * * * * * * * * * *
                                   *
UNITED STATES OF AMERICA           *
                                   *  19-cr-142-01-LM
            v.                     *  June 10, 2021
                                   *  2:13 p.m.
        NATHAN CRAIGUE             *
                                   *
* * * * * * * * * * * * * * * * * *


               TRANSCRIPT OF JURY TRIAL
            DAY FOUR - AFTERNOON SESSION
       BEFORE THE HONORABLE LANDYA B. MCCAFFERTY
```

APPEARANCES:

For the Government:      John S. Davis, AUSA
                         Aaron G. Gingrande, AUSA
                         U.S. Attorney's Office


For the Defendant:       Behzad Mirhashem, Esq.
                         Dorothy E. Graham, Esq.
                         Federal Defenders Office



Court Reporter:          Susan M. Bateman, RPR, CRR
                         Official Court Reporter
                         United States District Court
                         55 Pleasant Street
                         Concord, NH 03301
                         (603) 225-1453

```
 1                    P R O C E E D I N G S
 2                 (SEALED CHAMBERS CONFERENCE)
 3                 (IN COURT - JURY PRESENT)
 4           THE COURT:  Members of the jury, when we left and
 5   broke for lunch, I fully expected and anticipated we would be
 6   back here with Officer Kelly at 1:30.
 7           However, something has come up in the case, and I
 8   could keep you here twiddling your thumbs for a bit longer and
 9   then hear from a partial witness perhaps, but I've made the
10   decision that I'm going to send you home now.  Rather than
11   have you wait even another hour before you hear the next
12   witness, I would rather give you the opportunity to go
13   straight home a little bit early.  I'm sorry to have to break
14   at this point in the trial, but again things come up.
15           Ultimately, we will reconvene at 9:00 a.m.
16   tomorrow.  And my instructions are the same, and you've been
17   so attentive throughout I'm not going to repeat them.  Just
18   remember those instructions.
19           Thank you very much, and we'll see you at 9:00 a.m.
20   tomorrow.
21                 (IN COURT - NO JURY PRESENT)
22           THE COURT:  Anything further?
23           Anything further that you've thought of, Attorney
24   Mirhashem?
25           MR. MIRHASHEM:  I would ask one question.  Is the
```

1  Court considering the possibility of closing the courtroom in
2  the absence of a request from the government?  Do we need to
3  be prepared for that even if the government doesn't request
4  it?
5           THE COURT:  I don't think so.
6           MR. MIRHASHEM:  I believe they indicated that they
7  wouldn't so --
8           THE COURT:  I certainly would alert you to that
9  before court if that's something that the Court is considering
10 sua sponte, but I raised it only because I wanted to make sure
11 you had it on the mind it might be something I would ask
12 about.
13          I am concerned about it, but ultimately my instinct
14 suggests to me that it would be open, but I would want to do
15 the research on it and be comfortable that that is the right
16 decision in terms of that particular witness.
17          But I also think the government has standing to
18 make that argument.  He is the government's witness.  So
19 ultimately I'll leave that to the government, but I will
20 notify you if in fact I think that the Court wants to hear
21 argument on that sua sponte.
22          MR. MIRHASHEM:  Okay.
23          THE COURT:  Anything else?
24          And someone will notify Attorney Lothstein we're
25 going to start -- we want [redacted] here probably by 9:30.  You

1   would be crossing Officer Kelly.
2             MR. MIRHASHEM:  My cross of Kelly is going to take
3   a long time, your Honor, even aside from this issue.
4             THE COURT:  It is.  So perhaps 10:00.  10:00 a.m.,
5   does that sound fair?
6             MR. MIRHASHEM:  We're starting at 9:00?
7             THE COURT:  We'll start at 9:00, yes, unless you
8   bring anything else to my attention.
9             MR. MIRHASHEM:  That's fine.
10            MR. DAVIS:  That's fine, Judge.
11            THE COURT:  So 10:00 a.m. you think would work?  I
12  don't want to have a gap.  You think 10:00 a.m. is safe in
13  terms of your cross of Kelly?  Because his direct is done so
14  it's just your cross and then any redirect.
15            MR. MIRHASHEM:  I think my cross is going to be at
16  least an hour.
17            THE COURT:  Okay.  Well, let's say 9:30 just to be
18  safe.
19            THE CLERK:  For Attorney Lothstein?
20            THE COURT:  Yes.  We don't want to have any gap.
21            THE CLERK:  And what time should counsel be here in
22  the morning, 8:45 or 8:30?
23            THE COURT:  Tomorrow?
24            If you have something that we need to discuss --
25  and I think at this point you know when you need to grab my

1 attention.  If you need to discuss something, I will make sure
2 I'm here by 8:00, and just let Attorney Esposito know by 7:30
3 if you need to meet with me.  If you don't, I will see you at
4 9:00 a.m., all right?
5        (Jury trial in recess at 2:13 p.m.)

```
 1                    C E R T I F I C A T E
 2
 3
 4         I, Susan M. Bateman, do hereby certify that the
 5   foregoing transcript is a true and accurate transcription of
 6   the within proceedings, to the best of my knowledge, skill,
 7   ability and belief.
 8
 9
10   Submitted: 7-8-21       /s/   Susan M. Bateman _____
                             SUSAN M. BATEMAN, RPR, CRR
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```