UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>NATHAN CRAIGUE         ) | No. 1: 19-cr-00142-LM |

PARTIALLY ASSENTED-TO MOTION TO SEAL AT LEVEL I:
GOVERNMENT'S SUPPLEMENTAL RESPONSE TO MOTION OF IMRAN ALRAI TO
INTERVENE FOR LIMITED PURPOSE OF UNSEALING COURT RECORDS

In the above-captioned case, the United States of America respectfully moves to seal at Level I, indefinitely, the United States' Supplemental Response to the Motion of Imran Alrai to Intervene for the Limited Purpose of Unsealing Court Records (the "Supplemental Response"), the exhibits to the Supplemental Response, and this motion.

Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83.12(a)(1), the Court has authority to grant this motion.

Defendant Nathan Craigue, through counsel, assents to this request. The government attempted to obtain the position of Imran Alrai, through counsel, regarding this motion but did not receive a response.

The Court should seal these documents because they contain sensitive information, which, if prematurely released, may affect the privacy interests of, or cause reputational and more serious harm to, the witness or other persons.

Motion To Seal Motion to Intervene
Page 2 of 2

                                            Respectfully submitted,

                                            JOHN J. FARLEY
                                            Acting United States Attorney

Dated: October 9, 2021        By:   /s/ Aaron G. Gingrande
                                            Aaron G. Gingrande
                                            Assistant United States Attorney
                                            Massachusetts Bar No. 688340
                                            United States Attorney's Office
                                            53 Pleasant Street, 4th Floor
                                            Concord, NH   03301
                                            (603) 225-1552
                                            aaron.gingrande@usdoj.gov

Motion:     ☐ Granted     ☐ Denied

_____
Landya B. McCafferty
Chief United States District Court Judge
United States District Court
District of New Hampshire
Date: